**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    ROBIN L. CARNEVALE

Order Filed on September 26, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  15-13844 RG**

**Hearing Date:  9/21/2016**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

    The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 26, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  ROBIN L. CARNEVALE

Case No.:  15-13844

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/21/2016 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $993.00

  starting on 10/1/2016 for 6 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1168.00

  starting on 4/1/2017 for 12 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1543.00

  starting on 4/1/2018 for 12 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2103.00

  starting on 4/1/2019 for the remaining 12 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.