| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 26, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    ROBIN L. CARNEVALE | Case No.:  15-13844 RG<br><br>Hearing Date:  9/21/2016 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 26, 2016**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): ROBIN L. CARNEVALE

Case No.: 15-13844

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/21/2016 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $993.00 starting on 10/1/2016 for 6 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1168.00 starting on 4/1/2017 for 12 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1543.00 starting on 4/1/2018 for 12 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2103.00 starting on 4/1/2019 for the remaining 12 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Robin L. Carnevale  
    Debtor

Case No. 15-13844-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 26, 2016  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2016.  
db            +Robin L. Carnevale,    240 North 12th Place,    1st Floor,    Prospect Park, NJ 07508-2256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2016 at the address(es) listed below:

       Andrew L. Spivack    on behalf of Creditor    TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
       Bruce Gordon    on behalf of Creditor    Columbia Bank bgordon@bgordonlaw.com  
       Christopher J. Balala    on behalf of Debtor Robin L. Carnevale cbalala@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
       David L. Stevens    on behalf of Debtor Robin L. Carnevale dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
       Denise E. Carlon    on behalf of Creditor    Trent Bridge Asset Holding Trust c/o U.S. Bank Trust National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John Philip Schneider    on behalf of Creditor    TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
       Marie-Ann Greenberg    magecf@magtrustee.com

                                                               TOTAL: 7