Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 15−13844−RG  
Chapter: 13  
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin L. Carnevale  
   240 North 12th Place  
   1st Floor  
   Prospect Park, NJ 07508

Social Security No.:  
   xxx−xx−6192

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/21/18 at 09:00 AM

to consider and act upon the following:

*84* − Certification in Opposition to Trustee's Certification of Default (related document:82 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/26/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Christopher J. Balala on behalf of Robin L. Carnevale. (Balala, Christopher)

Dated: 2/26/18

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court