# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−13844−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin L. Carnevale
   240 North 12th Place
   1st Floor
   Prospect Park, NJ 07508

Social Security No.:
   xxx−xx−6192

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/21/18 at 09:00 AM

to consider and act upon the following:

*84* − Certification in Opposition to Trustee's Certification of Default (related document:82 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/26/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Christopher J. Balala on behalf of Robin L. Carnevale. (Balala, Christopher)

Dated: 2/26/18

                                           Jeanne Naughton
                                           Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Robin L. Carnevale  
    Debtor

Case No. 15-13844-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 26, 2018  
                     Form ID: ntchrgbk      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.
```
db          +Robin L. Carnevale,    240 North 12th Place,    1st Floor,    Prospect Park, NJ 07508-2256
cr          +Columbia Bank,    C/O Bruce D. Gordon LLC,    2050 Center Ave., Ste. 560,
             Fort Lee, NJ 07024-4913
cr          +KINGSMEAD ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
             Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK NAT,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK TRU,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK
               NATIONAL ASSOCIATION nj.bkecf@fedphe.com
              Bruce Gordon    on behalf of Creditor    Columbia Bank bgordon@bgordonlaw.com
              Christopher J. Balala    on behalf of Debtor Robin L. Carnevale cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              David L. Stevens    on behalf of Debtor Robin L. Carnevale dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramale
               y.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor    Trent Bridge Asset Holding Trust c/o U.S. Bank Trust
               National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    TRENT BRIDGE ASSET HOLDING TRUST C/O
               U.S. BANK TRUST NATIONAL ASSOCIATION nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Carisbrook Asset Holding Trust
               rsolarz@kmllawgroup.com
```
     TOTAL: 9