| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>   ROBIN L. CARNEVALE |

Order Filed on July 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-13844

Judge:  ROSEMARY GAMBARDELLA

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: July 27, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 15-13844RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of CARISBROOK ASSET HOLDING TRUST, Court Claim Number 1, be modified to amount of $0 ; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.