| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg  MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 27, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   ROBIN L. CARNEVALE | Case No.:  15-13844<br><br>Judge:  ROSEMARY GAMBARDELLA |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: July 27, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 15-13844RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

    ORDERED, that the claim of CARISBROOK ASSET HOLDING TRUST, Court Claim Number 1, be modified to amount of $0 ; and it is further

    ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.

United States Bankruptcy Court
District of New Jersey

In re:  
Robin L. Carnevale  
    Debtor

Case No. 15-13844-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 27, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.  
db        +Robin L. Carnevale,   240 North 12th Place,   1st Floor,   Prospect Park, NJ 07508-2256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:

         Andrew L. Spivack    on behalf of Creditor    TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
         Bruce Gordon    on behalf of Creditor    Columbia Bank bgordon@bgordonlaw.com  
         David L. Stevens    on behalf of Debtor Robin L. Carnevale dstevens@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com  
         Denise E. Carlon    on behalf of Creditor    Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    Trent Bridge Asset Holding Trust c/o U.S. Bank Trust National Association dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Michael Frederick Dingerdissen    on behalf of Creditor    TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
         Nicholas V. Rogers    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor    Carisbrook Asset Holding Trust rsolarz@kmllawgroup.com

                                                                                       TOTAL: 9