Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                     Case No.: 15−13844−RG
                     Chapter: 13
                     Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robin L. Carnevale
    240 North 12th Place
    1st Floor
    Prospect Park, NJ 07508

Social Security No.:
    xxx−xx−6192

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/25/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 26, 2018
JAN: rah

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robin L. Carnevale  
Debtor

Case No. 15-13844-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Sep 26, 2018
                             Form ID: 148             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
```
db            +Robin L. Carnevale,   240 North 12th Place,   1st Floor,   Prospect Park, NJ 07508-2256
cr            +Columbia Bank,   C/O Bruce D. Gordon LLC,   2050 Center Ave., Ste. 560,
                Fort Lee, NJ 07024-4913
cr            +KINGSMEAD ASSET HOLDING TRUST,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,
                Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK NAT,   Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK TRU,   Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
517531749      Carisbrook Asset Holding Trust,   c/oRoundPoint Mortgage Servicing Corp,,
                PO Box 19409,Charlotte, NC 282199409
517531750      Carisbrook Asset Holding Trust,   c/oRoundPoint Mortgage Servicing Corp,,
                PO Box 19409,Charlotte, NC 282199409,   Carisbrook Asset Holding Trust,
                c/oRoundPoint Mortgage Servicing Corp,,   PO Box 19409,Charlotte, NC 282199409
515363608      Citibank,   Alliance Receivables Management, Inc.,   PO Box 3107,
                Southeastern, PA  19398-3107
515503349     +Columbia Bank,   C/O Bruce D. Gordon,   Bruce D. Gordon LLC,   2050 Center Avenue, Suite 560,
                Fort Lee, NJ 07024-4913
515363609     +Columbia Savings Bank,   19-01 Route 208 N,   Fair Lawn, NJ 07410-2824
515363610     +Harwood Lloyd, LLC,   Counselors At Law,   130 Main Street,   Hackensack, NJ 07601-7102
515363612     +Johanna Cuevas,   240 North 12th Place, 2nd Floor,   Prospect Park, NJ 07508-2256
516516450     +KINGSMEAD ASSET HOLDING TRUST,   ROUNDPOINT MORTGAGE SERVICING CORP.,
                5016 PARKWAY PLAZA BLVD, SUITE 200,   CHARLOTTE, NC 28217-1930
516516451     +KINGSMEAD ASSET HOLDING TRUST,   ROUNDPOINT MORTGAGE SERVICING CORP.,
                5016 PARKWAY PLAZA BLVD, SUITE 200,   CHARLOTTE, NC 28217,   KINGSMEAD ASSET HOLDING TRUST,
                ROUNDPOINT MORTGAGE SERVICING CORP. 28217-1930
515363613     +New Jersey Division of Taxation,   50 Barrack Street 9th Floor,   P.O. Box 245,
                Trenton, NJ 08602-0245
515363614     +PSE&G,   80 Park Plaza,   Newark, NJ 07102-4194
517451733      RoundPoint Mortgage Servicing Corporation,   PO Box 19409,   Charlotte, NC 282199409
517451734      RoundPoint Mortgage Servicing Corporation,   PO Box 19409,   Charlotte, NC 282199409,
                RoundPoint Mortgage Servicing Corporatio,   PO Box 19409,   Charlotte, NC 282199409
515504566    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                PO Box 245,   Trenton, NJ 08695-0245)
515666332     +Trent Bridge Asset Holding Trust c/o,   U.S. Bank Trust National Association,
                300 Delaware Avenue 9th Floor,   Wilmington, DE 19801-1607
515666333     +Trent Bridge Asset Holding Trust c/o,   U.S. Bank Trust National Association,
                300 Delaware Avenue 9th Floor,   Wilmington, DE 19801,   Trent Bridge Asset Holding Trust c/o,
                U.S. Bank Trust National Association 19801-1607
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:56      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515363607     +Fax: 602-659-2196 Sep 27 2018 02:29:36      Chex Systems, Inc.,   Attn: Consumer Realtions,
                7805 Hudson Road, Suite 100,   Woodbury, MN 55125-1703
515363611      EDI: IRS.COM Sep 27 2018 03:58:00      Internal Revenue Service,   PO Box 7346,
                Centralized Insolvency Unit,   Philadelphia, PA  19101-7346
515513480     +E-mail/Text: bankruptcy@pseg.com Sep 27 2018 00:29:05      PSE&G,   PO Box 490,
                Cranford NJ 07016-0490,   Attn: Bankruptcy Dept
515363615     +EDI: VERIZONCOMB.COM Sep 27 2018 03:58:00      Verizon,   500 Technology Dr Ste 30,
                Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin               Page 2 of 2          Date Rcvd: Sep 26, 2018
                              Form ID: 148              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    TRENT BRIDGE ASSET HOLDING TRUST C/O U.S. BANK
               NATIONAL ASSOCIATION nj.bkecf@fedphe.com
              Bruce  Gordon    on behalf of Creditor    Columbia Bank bgordon@bgordonlaw.com
              David L. Stevens    on behalf of Debtor Robin L. Carnevale dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
               ey.com;mmack@scura.com
              Denise E. Carlon    on behalf of Creditor    Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Trent Bridge Asset Holding Trust c/o U.S. Bank Trust
               National Association dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    TRENT BRIDGE ASSET HOLDING TRUST C/O
               U.S. BANK TRUST NATIONAL ASSOCIATION nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Carisbrook Asset Holding Trust
               rsolarz@kmllawgroup.com
                                                                                             TOTAL: 9
```